# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Paul Utah

## 19 CV 10734

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Barnes and Noble

## COMPLAINT

_____

Do you want a jury trial?
☒ Yes    ☐ No

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

civil Rights violations, human rights violations, free speech

being able to use space to do work

freely to being able to call lawyers

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
　　　　　　　　　　(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Paul | | Utah |
|------|------|------|
| First Name | Middle Initial | Last Name |

| 87-42 125th st | | |
|------|------|------|
| Street Address | | |

| richmond | ny | 11418 |
|------|------|------|
| County, City | State | Zip Code |

| (347)343-0536 | radguym1@gmail.com |
|------|------|
| Telephone Number | Email Address (if available) |

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Barnes and noble
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

Defendant 2:

All hospitals
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

Defendant 3:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

Defendant 4: _____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   All of state of PA continued to the state of New York
_____

Date(s) of occurrence:   Jan 1 2012- Nov 19 2019
_____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Humiliation, Illegal investigations, Targeting from Humans and Law enforcements,

Affecting Dating life, Affecting Sex life, Affecting my
friendships, Mental Anguish,  Spreading Rumors,Civil Right Violations,

Human Right Violations, False Claims, , Making Me Angry,  Profiling me,

Racial Profiling,


Eye of Humans on me , Eye of Law enforcements on me, Law enforcement were called
on me, security was called on me. Intimidation by staff and

friends of barnes and noble employees. Kicked me out because i was calling
lawyers.
Use of Hospitals, illegal diagnosis. Mental health employees were called. Nurses were
called there. using their children for intimidation and investigations

Page 5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Spreading Rumors, Humilation to name

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

10 Million and fire staff for bad practices and illegal acts

_____

_____

_____

_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Nov 9 2019 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Paul | | Utah |
| First Name | Middle Initial | Last Name |
| 87-42 125th | | |
| Street Address | | |
| Richmond hill | ny | 11418 |
| County, City | State | Zip Code |
| (347)343-0536 | | radguym1@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.